**NAUTILUS INSURANCE COMPANY,**
**Plaintiff–Appellant,**

v.

**LEXINGTON INSURANCE COM-**
**PANY; Doe Defendants 1–10,**
**Defendants–Appellees.**

No. 10–17826.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2012.*

Filed March 28, 2014.

Roy F. Hughes, Esquire, Robert Paul Richards, Esquire, Hughes & Lafountaine, Honolulu, HI, for Plaintiff–Appellant.

Shirley Miki Kawamura, Christine Elizabeth Savage, Esquire, Randall Yamamoto, Esquire, Kawashima Lorusso, LLP, Honolulu, HI, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: REINHARDT, THOMAS, and PAEZ, Circuit Judges.

**ORDER ***

In light of the Supreme Court of Hawai'i's decision addressing the certified questions in this case, the district court's order granting summary judgment to Defendants–Appellees and denying summary judgment to Plaintiff–Appellant is VACATED. This case is REMANDED to the district court for further proceedings consistent with the Supreme Court of Hawai'i's decision in *Nautilus Insurance Co. v. Lexington Ins. Co.*, 132 Hawai'i 283, 321 P.3d 634, No. SCCQ–12–0000977, 2014 WL 560805 (Haw. Feb. 13, 2014).

Each party shall bear its own costs on this appeal.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.